## CORNELIUS v. STATE.

No. 22753.

Court of Criminal Appeals of Texas.

Feb. 9, 1944.

W. E. Martin, of Abilene, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This is a driving-while-intoxicated case; the punishment, a fine of $50.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ATKINS v. STATE.

No. 22756.

Court of Criminal Appeals of Texas.

Feb. 9, 1944.

Letcher D. King, of Abilene, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was charged with a violation of the liquor laws of Taylor County, and was convicted by a jury and fined the sum of $100, hence this appeal.

The record is before this court without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is therefore affirmed.